

Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

December 29, 2020

**By ECF To:**
The Honorable Barbara Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   <u>Jade Perdomo v. City of New York, et al.</u>, 20 Civ. 7195 (ALC) (BCM)

Dear Judge Moses:

    I am counsel for Plaintiff in the above-captioned action. I write, jointly with opposing counsel, to respectfully request that the Initial Conference - presently scheduled in this action for January 5, 2021 at 11:00 a.m. per Your Honor's Order dated November 25, 2020 (docket # 8) – be adjourned until sometime after the Local Rule 83.10 procedures and mediation has run its course. The parties are presently in discussions with the mediator to schedule the mediation some time in mid-late March 2021.

    I thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman
Counsel for Plaintiff

---

Application GRANTED. The initial case management conference currently scheduled for January 5, 2021 at 11:00 a.m. is hereby ADJOURNED to **April 6, 2021 at 11:00 a.m.** The dial-in information and pre-conference requirements remain the same. (*See* Dkt. No. 8.) SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 29, 2020