**MEMO ENDORSED**

Jeffrey A. Rothman
Attorney at Law
305 Broadway, Suite 100
New York, NY 10007
Tel.: (212) 227-2980; Cell: (516) 455-6873
Fax: (212) 591-6343
rothman.jeffrey@gmail.com

October 28, 2021

**By ECF To:**
The Honorable Barbara Moses
United States Magistrate Judge
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/28/21

Re:   <u>Jade Perdomo v. City of New York, et al.</u>, 20 Civ. 7195 (ALC) (BCM)

Dear Judge Moses:

  I am counsel for Plaintiff in the above-captioned action. I write - with opposing counsel's consent - to respectfully request that the deadline for Plaintiff's reply papers on her motion for leave to file a Second Amended Complaint (presently due tomorrow) be extended by one week, to November 5, 2021. There were two prior extensions granted to the briefing schedule as a whole, but this is the first request for an extension of time for Plaintiff's reply papers following the filing of Defendants' opposition papers. The reason for the request is that I have been and continue to be very busy with a number of professional and personal matters, and I additionally have a deposition scheduled for tomorrow.

  I thank the Court for its consideration in this matter.

Respectfully submitted,

/S/

Jeffrey A. Rothman
Counsel for Plaintiff

Application GRANTED. SO ORDERED.

_____
Barbara Moses
United States Magistrate Judge
October 28, 2021