

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JADE PERDOMO,

    Plaintiff,

-against-

CITY OF NEW YORK, et al.,

    Defendants.

20-CV-7195 (ALC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the April 27, 2022 telephonic conference:

1. <u>Discovery Extension</u>. Defendants' letter-application seeking a fourth extension of the parties' time to complete discovery (Dkt. No. 62) is GRANTED. Discovery must be completed by **July 29, 2022**. Given the number and duration of the prior extensions, **<u>no further extensions of the deadline to complete discovery will be granted</u>**.

2. <u>Status Conference</u>. The May 3, 2022 status conference is ADJOURNED to **June 6, 2022** at 11:00 a.m. The parties must submit their joint status update letter no later than **May 31, 2022**.

3. <u>Change of Counsel</u>. The Court notes that defendants' sole counsel of record, at present, is Soo-Young Shin, Esq. Defendants are reminded that – notwithstanding attorney Shin's anticipated transfer to a different division of the Law Department – the Court will not grant a withdrawal motion by attorney Shin until and unless substitute counsel has appeared on behalf of the City of New York and related defendants.

4. <u>Letter</u>.  No later than **May 11, 2022**, the parties must advise the Court, by letter:

    a.    Whether plaintiff, in her pending motion (Dkt. No. 42) to file a Second Amended Complaint (SAC) (Dkt. Nos. 43-1, 43-2), intends to (i) *substitute* Captain Lapkeung Lee for Sergeant "FNU" Lee, or (ii) *add* Captain Lapkeung Lee as a new defendant; and

    b.    Whether the parties will stipulate to the filing of the SAC without prejudice to the rights of defendants (including Captain Lapkeung Lee) to move against it pursuant to Fed. R. Civ. P. 12(b)(6) or otherwise.

Dated: New York, New York
       April 27, 2022

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**