USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: \_\_7/14/22\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**JADE PERDOMO,**

                  **Plaintiff,**

          -against-

**CITY OF NEW YORK ET AL.,**

                  **Defendants.**

**20-cv-07195 (ALC)**

**ORDER OF DISCONTINUANCE**

**ANDREW L. CARTER, JR., United States District Judge:**

    It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated:    July 14, 2022
               New York, New York

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**